# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CRISTINA GARCIA BOSCAN,<br><br>Petitioner,<br><br>v.<br><br>MOISES BECERRA, et al.,<br><br>Respondents. | Case No. 1:26-cv-00651-KES-SAB-HC<br><br>ORDER SETTING BRIEFING SCHEDULE |

Petitioner, represented by counsel, is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On January 26, 2026, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On January 30, 2026, Respondents filed an opposition to TRO and preliminary injunction and motion to dismiss. (ECF No. 7.) On February 5, 2026, the district judge denied the motion for TRO and referred the matter "to the assigned magistrate judge for further proceedings and/or other appropriate action." (ECF No. 9 at 4.)

Accordingly, the Court HEREBY ORDERS that:

1. Within forty-five (45) days of the date of service of this order, Respondents may file a further brief on the merits of the habeas petition; and

1

2. Within thirty (30) days of the date of service of Respondents' brief (or the expiration of the time for Respondents to file their brief), Petitioner may file a further brief.

IT IS SO ORDERED.

Dated: **February 9, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2